BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAMEKA PENN, an individual, | CASE NO. 2:26-cv-00599-DJC-CKD |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING SCHEDULED MEDIATION AND TO FACILITATE THE SAME** |
| v. | |
| SACRAMENTO LOGISTICS LLC; and DOES 1-100, | |
| Defendants. | |

ORDER RE: STIPULATION TO STAY CASE PENDING SCHEDULED MEDIATION AND TO FACILITATE THE SAME

**ORDER**

Having reviewed and considered the Parties' Stipulation to Stay Case to Facilitate Early Mediation (the "Stipulation"), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is **GRANTED** as follows, using the same defined terms as used in the Stipulation:

1.      This action shall be and hereby is STAYED in its entirety pending the Parties' September 9, 2026 mediation;

2.      Within seven (7) days after the Parties' September 9, 2026 mediation, the Parties shall file a joint report notifying the Court whether the mediation resulted in a settlement; the status of their settlement efforts; and, if no settlement was reached, a deadline by which Defendant will file its response to the Complaint; and

3.      By entering into the Stipulation, the Parties do not waive and expressly reserve all rights, claims, defenses, and challenges in this action, including, without limitation, as to Plaintiff's Complaint and/or the claims asserted therein.

**IT IS SO ORDERED.**

Dated:  March 30, 2026                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1
ORDER RE: STIPULATION TO STAY CASE PENDING SCHEDULED MEDIATION AND TO FACILITATE THE SAME