## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SHAMEKA PENN, an individual,

    Plaintiffs,

    v.

SACRAMENTO LOGISTICS LLC; and DOES 1-100,

    Defendants.

CASE NO. 2:26-cv-00599-DJC-CKD

**ORDER GRANTING JOINT STIPULATION TO MAINTAIN STAY OF ACTION PENDING RESCHEDULED MEDIATION**

ORDER
CASE NO. 2:26-cv-00599-DJC-CKD

## **ORDER**

Having reviewed and considered the Parties' Stipulation to Maintain Stay of Action Pending Rescheduled Mediation (the "Stipulation"), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is **GRANTED** as follows, using the same defined terms as used in the Stipulation:

1.   This action remain shall remain stayed in its entirety pending the Parties' November 11, 2026, mediation and until further Order of the Court;

2.   Within seven (7) days after the Parties' November 11, 2026, mediation, the Parties shall file a joint report notifying the Court whether the mediation resulted in a settlement; the status of their settlement efforts; and, if no settlement was reached, a deadline by which Defendant will file its response to the Complaint; and

3.   By entering into the Stipulation, the Parties do not waive and expressly reserve all rights, claims, defenses, and challenges in this action, including, without limitation, as to Plaintiff's Complaint and/or the claims asserted therein.

4.   The Court will not contemplate any further extensions.

**IT IS SO ORDERED.**

Dated: May 5, 2026                    /s/ Daniel J. Calabretta
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE

1